```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                     FORT SMITH DIVISION
```

MARK ANGEL                                                PLAINTIFF

       v.            Civil No. 13-3080

CAROLYN W. COLVIN[1], Commissioner
Social Security Administration                            DEFENDANT

## **J U D G M E N T**

For reasons stated in the memorandum opinion of this date, we hereby affirm the decision of the Commissioner and dismiss Plaintiff's case with prejudice. **The parties have sixty days from entry of the judgment on the docket in which to appeal**.

IT IS SO ORDERED AND ADJUDGED this 11th day of September 2014.

                                  /s/ *J. Marschewski*
                                HON. JAMES R. MARSCHEWSKI
                                CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] Carolyn W. Colvin became the Social Security Commissioner on February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn W. Colvin has been substituted for Commissioner Michael J. Astrue as the defendant in this suit.